Maben v. Maben.

---

## MABEN v. MABEN.

**1. Divorce:** TEMPORARY ALIMONY: AMOUNT ALLOWED NOT EXCESSIVE. See opinion.

*Appeal from Cerro Gordo Circuit Court.*

FRIDAY, OCTOBER 23.

ACTION for a divorce. After the case was partly prepared for trial the plaintiff filed a petition for temporary alimony, setting out that she had already been obliged to incur the expense of $52 in taking a deposition, and needed additional money to aid her in prosecuting her suit. She also showed that she and two small children were dependent upon her earnings for support, which were only $40 per month. The court allowed, as temporary alimony, the sum of $152, being the amount of expense already incurred in taking a deposition, and $100 in addition. From the order making the allowance the defendant appeals.

*Richard Wilber*, for appellant.

*Sherwin & Shermerhorn*, for appellee.

ADAMS, J.—The ground of resistance to the plaintiff's application is a want of ability. But it is not shown that the defendant is not in good health and capable of earning money. He appears to be actively engaged in business, and we must presume that he is capable of earning something. It appears, also, that he has contributed very little to the support of the children, and has left the burden of their support almost wholly upon the plaintiff. We think that, under the circumstances shown, the allowance is reasonable.

AFFIRMED.